the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See *ante*, p. 395.]

SYRACUSE SAVINGS BANK, Respondent, v. YORKSHIRE INSURANCE COMPANY, LTD., Appellant, et al., Defendants. SYRACUSE SAVINGS BANK, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY, Appellant, et al., Defendants. SYRACUSE SAVINGS BANK, Respondent, v. PENNSYLVANIA FIRE INSURANCE COMPANY, Appellant, et al., Defendants. SYRACUSE SAVINGS BANK, Respondent, v. BANKERS & SHIPPERS INSURANCE COMPANY OF NEW YORK, Appellant, et al., Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See *ante*, p. 899.]

In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SEVENTH JUDICIAL DISTRICT.— Hon. WILLIAM A. WHEELER, OF AVON, is appointed a member in place of WILLIAM S. ELDER, Esq., deceased. Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

## FIRST DEPARTMENT, OCTOBER, 1945.
### (October 5, 1945.)

REGAL GARMENT CORPORATION et al., Respondents, v. INTERCOUNTY PROPERTIES CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Cohn, J., taking no part. [See *post*, p. 979.]

JOSEPH CHERNIN et al., Respondents, v. INTERCOUNTY PROPERTIES CORP., Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Cohn, J., taking no part. [See *post*, p. 979.]

MOE OLTARSH, Respondent, v. MAX OLTARSH et al., Appellants.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SELFIX SWEATERS, INC., Plaintiff, v. BERNHARD ALTMANN, Respondent, and CARWAN SPINNING CO., INC., Impleaded Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 971.]

In the Matter of WILLIAM KLEIN, as Trustee of a Certain Mortgage Affecting Property Known as the Southeast Corner of Broadway and Dyckman Street, Borough of Manhattan, Appellant, against REMFORD CORPORATION, Respondent. — Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application to Stay Arbitration between RKO SERVICE CORPORATION, Respondent, and MOVING PICTURE MACHINE OPERATORS UNION, LOCAL 306, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 983.]

JAMES. G. HARDY, Respondent, v. MARTHA HARDY, Appellant.— Orders unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore and Cohn, JJ.

RUTH S. QUINN, Respondent, v. THEODORE K. QUINN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the